## ORDER OF COURT

By the Court.

Upon consideration of the Record on Appeal, together with the written and oral arguments of counsel, and now being sufficiently advised in the premises,

IT IS ORDERED that the Writ of Certiorari be, and is, DENIED as having been improvidently granted.

LOHR, KIRSHBAUM and MULLARKEY, JJ., dissent.

James E. SKIDMORE, Petitioner,

v.

FIRST BANK OF MINNEAPOLIS, Personal Representative of the Estate of Merrill J. Anderson; First Bank of Minneapolis, Personal Representative of the Estate of Donna D. Anderson; Wallace L. Hall a/k/a Wallace Hall; Gerald W. Feil and Sally S. Feil; George W. Callan and Mary Ann Callan; Communities Foundation of Texas; Hall Associates, Ltd.; La Plata Abstract Company, Trustee, Colorado corporation; and the Public Trustee of the County of Archuleta, State of Colorado, and All Unknown Persons Who Claim any Interest in the Subject Matter of This Action, Respondents.

No. 89SC3.

Colorado Supreme Court, En Banc.

June 11, 1990.

Petition for Rehearing DENIED.

Richard **BRADLEY, Plaintiff–Appellee and Cross–Appellant,**

v.

**William D. GUESS; and Seaward Construction Company, Inc., Defendants–Appellants and Cross–Appellees.**

Nos. **87CA1628, 87CA1637.**

Colorado Court of Appeals, Div. IV.

Sept. 14, 1989.

As Modified on Denial of Rehearing April 26, 1990.

Certiorari Granted Oct. 9, 1990.

